IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jordon, Amy | Case Number: 05 B 05977 |
| | Judge: Squires, John H |
| Printed: 7/29/08 | Filed: 4/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 6, 2008
Confirmed: June 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,442.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 4,950.55 |
| Priority: | | 377.23 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 413.36 |
| Other Funds: | | 0.86 |
| Totals: | 8,442.00 | 8,442.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | James B Nutter & Co | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 377.23 | 377.23 |
| 4. | ECast Settlement Corp | Unsecured | 243.92 | 2,439.18 |
| 5. | World Financial Network Nat'l | Unsecured | 23.53 | 235.26 |
| 6. | Illinois Dept of Revenue | Unsecured | 7.10 | 71.00 |
| 7. | Illinois Dept Of Human Services | Unsecured | 220.51 | 2,205.11 |
| 8. | Sam's Club | Unsecured | | No Claim Filed |
| 9. | Catherines\CBUSA | Unsecured | | No Claim Filed |
| 10. | CB USA Sears | Unsecured | | No Claim Filed |
| 11. | Fingerhut | Unsecured | | No Claim Filed |
| 12. | Direct Merchants | Unsecured | | No Claim Filed |
| 13. | Menards | Unsecured | | No Claim Filed |
| 14. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 15. | BP/Citi | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,572.29 | $ 8,027.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 31.00 |
| 5.5% | 65.48 |
| 5% | 19.73 |
| 4.8% | 137.58 |
| 5.4% | 159.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jordon, Amy | Case Number:  05 B 05977 |
| | Judge:  Squires, John H |
| Printed:  7/29/08 | Filed:  4/12/05 |

_____
$ 413.36

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____